CHICAGO PROGRESSIVE MERCANTILE CO., INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-564—Claimant 

DONALD SCHWAB, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed April 17, 1974.*

DONALD SCHWAB, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-MAN, Assistant Attorney General, for Respondent.

PER CURIAM.